**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RALLS CORPORATION, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Case No. _____ |
| ) | |
| TERNA ENERGY USA HOLDING ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant*. ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Plaintiff Ralls Corporation, certify that to the best of my knowledge and belief, Ralls Corporation has no parent companies, subsidiaries, or affiliates that have outstanding securities in the hands of the public or for which disclosure is otherwise required. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Viet D. Dinh (D.C. Bar No. 456608)
Paul D. Clement (D.C. Bar No. 433215)
H. Christopher Bartolomucci (D.C. Bar No. 453423)
George W. Hicks, Jr. (D.C. Bar No. 499223)
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090

Steven S. Honigman (D.C. Bar No. 201020)
500 East 77th Street
New York, New York 10162
(202) 549-4917

*Counsel for Plaintiff Ralls Corporation*

Dated:  January 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I caused to be served copies of the foregoing Local Civil Rule 7.1 Certificate by first-class U.S. mail and by email on the following counsel for Defendant:

Robert Weigel
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166-0193
rweigel@gibsondunn.com

_____
George W. Hicks, Jr.
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, DC 20036
(202) 234-0090

*Counsel for Plaintiff Ralls Corporation*