**TERNA ENERGY USA HOLDING CORPORATION**
400 Montgomery Street, Suite 105
San Francisco, California 94104

January 17, 2013

**VIA OVERNIGHT COURIER AND FACSIMILE**

Ralls Corporation
318 Cooper Circle
Peachtree City, Georgia 30269
Attention: Jialiang Wu
Facsimile No. (770) 631-7731

Ralls Wind Farm LLC
318 Cooper Circle
Peachtree City, Georgia 30269
Attention: Jialiang Wu
Facsimile No. (770) 631-7731

Gentlemen:

This notice is being delivered pursuant to Section 9-611 of the Uniform Commercial Code as in effect in the State of New York (the "UCC"). Reference is made to the following:

(1) that certain Master Wind Projects Membership Interests Purchase Agreement dated as of February 28, 2012, by and among Terna Energy USA Holding Corporation, a Delaware corporation ("**Secured Party**"), Intelligent Wind Energy LLC, a Delaware limited liability company, Ralls Corporation, a Delaware corporation ("**Ralls**"), Ralls Wind Farm LLC, a Delaware limited liability company and those certain project companies named therein, pursuant to which payment is due and payable to Secured Party in the original principal amount of $4,200,000; and

(2) that certain Guarantee Agreement dated as of February 28, 2012, by and among Ralls, as guarantor, Intelligent Wind Energy, LLC, a Delaware limited liability company, and Secured Party, in favor of Secured Party; and

(3) that certain Security Agreement, dated as of February 28, 2012, executed by Ralls, as grantor, in favor of Secured Party ("**Security Agreement**").

Pursuant to Section 9-610 of the UCC and Section 17 of the Security Agreement, notice is hereby given that Secured Party will hold a public sale of 100 percent (100%) of the limited liability company membership interests in Ralls Wind Farm LLC, a Delaware limited liability company (the "Collateral") as provided in the attached "Notification of Disposition of Collateral", incorporated herein by this reference. **THIS NOTICE, WHICH IS GIVEN MORE THAN TEN (10) DAYS IN ADVANCE OF THE DATE OF THE ABOVE REFERENCED PUBLIC SALE, IS THE ONLY PRIOR NOTICE OF THE PUBLIC SALE OF THE COLLATERAL THAT YOU WILL RECEIVE (OTHER THAN PUBLIC ADVERTISEMENT OF THIS SALE).**

[NO FURTHER TEXT ON THIS PAGE]

101439137.2

Should you have any questions, please contact the named representative of Secured Party at the number listed in the attached Notification of Disposition of Collateral.

TERNA ENERGY USA HOLDING
CORPORATION,
a Delaware corporation

By: _____
Name: Emmanouil Maragkoudakis
Title: President

cc:

Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Attention: John P. MacNaughton
Facsimile: (404) 365-9532
Email: jpm@mmmlaw.com

Ralls Corporation
Ralls Wind Farm LLC
c/o Intelligent Wind Energy, LLC
11413 Ashbourne Hall Rd.
Charlotte, North Carolina 28277
Attention: Xiaolin Zhang
Facsimile: (704) 900-2005
Email: xzhang1227@yahoo.com

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attention: Robert Weigel
RWeigel@gibsondunn.com

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attention: Nicholas H. Politan, Jr.
NPolitan@gibsondunn.com

# NOTIFICATION OF DISPOSITION OF COLLATERAL

**TO:**  Ralls Corporation, a Delaware corporation
Ralls Wind Farm LLC, a Delaware limited liability company

**FROM:**  Terna Energy USA Holding Corporation, a Delaware corporation

**DEBTOR:**  Ralls Corporation, a Delaware corporation

Terna Energy USA Holding Corporation ("**Secured Party**") will sell all of the right, title, interest, claim and estate of Ralls Corporation ("**Debtor**"), in and to each and all of the following personal property:

(a) a 100% interest as a member (the "**Membership Interests**") in Ralls Wind Farm LLC, a Delaware limited liability company, and the certificates, if any, representing the Membership Interests, and all dividends, distributions, return of capital, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of the Membership Interests and all warrants, rights or options issued thereon or with respect thereto;

(b) all additional shares of stock and other equity interests from time to time acquired by Debtor in any manner in respect of the Membership Interests, and the certificates, if any, representing such additional shares or other equity interests, and all dividends, distributions, return of capital, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such shares or other equity interests and all warrants, rights or options issued thereon or with respect thereto;

(c) all other investment property constituting or relating to the Membership Interests (including, without limitation, all (i) securities, whether certificated or uncertificated, (ii) security entitlements, (iii) securities accounts, (iv) commodity contracts and (v) commodity accounts) in which the Debtor has now, or acquires from time to time hereafter, any right, title or interest in any manner, and the certificates or instruments, if any, representing or evidencing such investment property, and all dividends, distributions, return of capital, interest, cash, instruments and other property from time to time received, receivable or otherwise distributed in respect of or in exchange for any or all of such investment property and all warrants, rights or options issued thereon or with respect thereto; and

(d) all proceeds of, collateral for, royalties and other payments now or hereafter due and payable with respect to, and supporting obligations relating to, any and all of the foregoing (including, to the extent not otherwise included, all payments under insurance (whether or not Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to the foregoing) (collectively, as set forth in sub-paragraphs (a)-(d), the "**Collateral**"), to the highest qualified bidder, at a public sale to take place as follows:

**Day and Date:**  Thursday, February 7, 2013

**Time:**  9:00 a.m. (New York Time)

**Place:**  Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000

101439137.2

Secured Party reserves the right to cancel the sale in its entirety without notice, or to postpone or adjourn the sale to a future date. You are entitled to an accounting of the unpaid indebtedness secured by the above-described Collateral and may request an accounting by contacting Nicholas Politan Jr. at (212) 351-2616. Debtor and/or any guarantor(s) shall be liable for any obligations which may remain after such sale to the extent permitted by applicable law and the documents evidencing or securing the obligations of Debtor to Secured Party (collectively, the "**Transaction Documents**"). Nothing contained herein shall be construed as a modification of any of the terms or conditions of the Transaction Documents or as a waiver of any delinquency, breach, default or event of default under the Transaction Documents or as a waiver, modification or limitation of any of Secured Party's rights or remedies, all of which are hereby expressly reserved.

[END OF NOTIFICATION OF DISPOSITION OF COLLATERAL]