IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALLS CORPORATION,<br><br>      *Plaintiff*,<br>v.<br><br>TERNA ENERGY USA HOLDING CORPORATION,<br><br>      *Defendant*. | )<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S LCvR 65.1(a) CERTIFICATION**

Pursuant to LCvR 65.1(a), undersigned counsel for Plaintiff Ralls Corporation hereby certifies that he contacted and notified counsel for the Defendant Terna Energy USA Holding Corporation, Robert Weigel of Gibson, Dunn & Crutcher, of Plaintiff's intent to file its motion for a temporary restraining order in the above-captioned case. Undersigned counsel also certifies that on January 28, 2013, he furnished to counsel for the Defendant copies of the complaint and all other papers that have been filed in the case to date, and he notified counsel for the Defendant that an application for a temporary restraining order had been made on that same date.

                                                                       /s/<br>
                                                 George W. Hicks, Jr.<br>
                                                 BANCROFT PLLC<br>
                                                 1919 M Street, N.W., Suite 470<br>
                                                 Washington, DC 20036<br>
                                                 (202) 234-0090

                                                 *Counsel for Plaintiff Ralls Corporation*

Dated: January 28, 2013