IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALLS CORPORATION, | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. _____ |
| | ) |
| TERNA ENERGY USA HOLDING CORPORATION, | ) |
| | ) |
| *Defendant*. | ) |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Based upon the pleadings, motions, and evidence received by the Court, and it appearing to the Court that Plaintiff Ralls Corporation ("Ralls") will suffer immediate and irreparable injury, loss, or damage before the Court will have the opportunity to hold a hearing on Ralls's motion for a preliminary injunction, the Court hereby GRANTS the motion filed by Ralls seeking a temporary restraining order and ORDERS as follows:

1. Defendant Terna Energy USA Holding Corporation ("Terna") is hereby enjoined from exercising any remedies under or otherwise enforcing any aspect of the agreements underlying the Ralls-Terna transaction prohibited by President Barack Obama on September 28, 2012, including the Master Wind Projects Membership Interests Purchase Agreement (the "MIPSA") dated February 28, 2012, the related Guarantee Agreements dated February 28, 2012, or the related Security Agreements dated March 16, 2012.

2. Defendant Terna is hereby enjoined from proceeding with any sale or disposition of the collateral pledged in the Security Agreements dated March 16, 2012, including the February 7, 2013 sale described in its January 17, 2013 notice to Ralls.

3. On _____ at _____ in _____, the Court will hold a hearing on Ralls's motion for preliminary injunction.

4. This Order shall expire upon the entry of a subsequent Order by this Court so stating or upon the passage of fourteen (14) days from the entry of this Order, unless within such time, for good cause shown, the term of this Order is extended for a like period or unless Defendants consent that it may be extended for a longer period.

Date: _____

_____
United States District Judge