IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALLS CORPORATION, | ) |
|     *Plaintiff*, | ) |
|     v. | )   Case No. _____ |
| TERNA ENERGY USA HOLDING CORPORATION, | ) |
|     *Defendant*. | ) |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Based upon the pleadings, motions, and evidence received by the Court, the Court hereby GRANTS the motion filed by Plaintiff Ralls Corporation seeking a preliminary injunction and ORDERS as follows:

1.  Defendant Terna Energy USA Holding Corporation ("Terna") is hereby enjoined from exercising any remedies under or otherwise enforcing any aspect of the agreements underlying the Ralls-Terna transaction prohibited by President Barack Obama on September 28, 2012, including the Master Wind Projects Membership Interests Purchase Agreement (the "MIPSA") dated February 28, 2012, the related Guarantee Agreements dated February 28, 2012, or the related Security Agreements dated March 16, 2012.

2.  Defendant Terna is hereby enjoined from proceeding with any sale or disposition of the collateral pledged in the Security Agreements dated March 16, 2012, including the February 7, 2013 sale described in its January 17, 2013 notice to Ralls.

      3.      This Order shall remain in effect through the remainder of these proceedings until such time as the Court enters a subsequent Order dissolving the preliminary injunction and/or awarding permanent relief.

Date: _____

_____
United States District Judge