## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ ) | | |
| RALLS CORPORATION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-117 |
| | ) | |
| TERNA ENERGY USA HOLDING | ) | |
| CORPORATION, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| _____) | | |

### MOTION OF DEFENDANT TERNA ENERGY USA HOLDING CORPORATION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND LACK OF SUBJECT MATTER JURISDICTION

Defendant Terna Energy USA Holding Corporation respectfully moves to dismiss the

Complaint with prejudice for lack of personal jurisdiction, improper venue, and lack of subject

matter jurisdiction.

Respectfully submitted this 29th day of January 2013.

  /s/ Howard S. Hogan
Howard S. Hogan (D.C. Bar No. 492002)
J. Joseph Warin (D.C. Bar  No. 235978)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
Facsimile: 202.467.0539
Email: HHogan@gibsondunn.com

*Counsel for Terna Energy USA Holding
Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that true and accurate copies of the foregoing

MOTION TO DISMISS AND COMBINED MEMORADUM IN SUPPORT OF MOTION TO

DISMISS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY

RESTRAINING ORDER were served by First-Class United States Mail this 29th day of January

2013, upon the following:


Viet D. Dinh                                    Stephen S. Honigman
Paul D. Clement                                 500 East 77th Street
H. Christopher Bartolomucci                     New York, New York 10162
George W. Hicks, Jr.                            Tel  (202) 549-4917
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Tel  (202) 234-0090

*Attorneys for Plaintiff Ralls Corporation*



I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2013.                   Respectfully submitted,

                                                  /s/ Howard S. Hogan
                                                Howard S. Hogan (D.C. Bar No. 492002)
                                                Robert Weigel (New York Bar. No.
                                                1809284)
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC  11101
                                                Telephone: 202.955.8500
                                                Facsimile:     202.467.0539
                                                *Counsel for Defendant Terna Energy USA*
                                                *Holding Corporation*