**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RALLS CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>TERNA ENERGY USA HOLDINGS CORPORATION,<br><br>      Defendant. | Case No. 1:13-cv-00117-ABJ |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**
**PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 7.1**

  This certification is made pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1 of the Local Rules of the United States District Court of the District of Columbia.

  I, the undersigned, counsel of record for Defendant Terna Energy USA Holding Corporation ("Terna") certify that, to the best of my knowledge and belief, Terna is a wholly owned subsidiary of Terna Energy SA, a publicly traded company incorporated in Greece and listed on the Athens Stock Exchange. Terna reserves the right to supplement this statement, if necessary.

Date: January 29, 2013        Respectfully submitted,

                 /s/ Howard Hogan
                 Howard Hogan, Esq.
                 GIBSON, DUNN & CRUTCHER LLP
                 1050 Connecticut Ave., N.W.
                 Washington, DC  20036
                 T:  (202) 887-3640
                 F:  (202) 530-9550
                 E:  HHoward@gibsondunn.com
                 D.C. Bar No: 492002

                 *Attorneys for Defendant Terna Energy USA*
                 *Holding Corporation*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that true and accurate copies of the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 7.1 was served by First-Class United States Mail this 29th day of January 2013, upon the following:

| | |
|---|---|
| Viet D. Dinh | Stephen S. Honigman |
| Paul D. Clement | 500 East 77th Street |
| H. Christopher Bartolomucci | New York, New York 10162 |
| George W. Hicks, Jr. | Tel  (202) 549-4917 |
| BANCROFT PLLC | |
| 1919 M Street, N.W., Suite 470 | |
| Washington, D.C. 20036 | |
| Tel  (202) 234-0090 | |

*Attorneys for Plaintiff Ralls Corporation*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2013.            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　   /s/ Howard S. Hogan
　　　　　　　　　　　　　　　　　　　Howard S. Hogan (D.C. Bar No. 492002)
　　　　　　　　　　　　　　　　　　　Robert Weigel (New York Bar. No. 1809284)
　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  11101
　　　　　　　　　　　　　　　　　　　Telephone: 202.955.8500
　　　　　　　　　　　　　　　　　　　Facsimile:      202.467.0539
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Terna Energy USA Holding Corporation*