IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALLS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>TERNA ENERGY USA HOLDINGS CORPORATION,<br><br>    Defendant. | Case No. 1:13-cv-00117-ABJ |

**[PROPOSED] ORDER GRANTING TERNA ENERGY USA HOLDINGS CORPORATION'S MOTION TO DISMISS**

Upon consideration of Defendant Terna Energy USA Holding Corporation's ("Terna") Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, Improper Venue, and Lack of Subject Matter Jurisdiction (Dkt. 7) and upon my review of both parties' filings in connection with that motion and Plaintiff Ralls Corporation's ("Ralls") Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 4), it is, on this _____ day of _____ 2013, hereby

ORDERED that Terna's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, Improper Venue, and Lack of Subject Matter Jurisdiction is GRANTED; and

ORDERED that Ralls's Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED.

The Clerk of the Court is hereby directed to enter judgment for the defendant dismissing all claims against defendants and dismissing this case.

**IT IS SO ORDERED**.

                _____
                U.S. District Judge Amy Berman Jackson